**Gritstone bio, Inc. (GRTS)**                                                                                                           **John Poslajko**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase/Acquisition | Common Stock | 5/15/2023 | 500 | $2.1300 |
| Purchase/Acquisition | Common Stock | 5/16/2023 | 500 | $1.9800 |
| Purchase/Acquisition | Common Stock | 6/27/2023 | 800 | $2.0200 |
| Purchase/Acquisition | Common Stock | 6/27/2023 | 200 | $2.0100 |
| Purchase/Acquisition | Common Stock | 8/2/2023 | 275 | $1.8400 |
| Purchase/Acquisition | Common Stock | 8/4/2023 | 1,000 | $1.8000 |
| Purchase/Acquisition | Common Stock | 8/7/2023 | 500 | $1.7200 |
| Purchase/Acquisition | Common Stock | 8/15/2023 | 500 | $1.7100 |
| Purchase/Acquisition | Common Stock | 8/21/2023 | 500 | $1.5700 |
| Purchase/Acquisition | Common Stock | 8/22/2023 | 500 | $1.6000 |
| Purchase/Acquisition | Common Stock | 9/15/2023 | 500 | $1.5900 |
| Purchase/Acquisition | Common Stock | 9/15/2023 | 400 | $1.5600 |
| Purchase/Acquisition | Common Stock | 9/15/2023 | 100 | $1.5600 |
| Purchase/Acquisition | Common Stock | 9/18/2023 | 1,000 | $1.4400 |
| Purchase/Acquisition | Common Stock | 9/21/2023 | 1,000 | $1.2700 |
| Purchase/Acquisition | Common Stock | 9/26/2023 | 700 | $1.2300 |
| Purchase/Acquisition | Common Stock | 9/28/2023 | 500 | $1.4700 |
| Purchase/Acquisition | Common Stock | 9/28/2023 | 500 | $1.4900 |
| Purchase/Acquisition | Common Stock | 10/2/2023 | 500 | $1.6800 |
| Purchase/Acquisition | Common Stock | 10/5/2023 | 750 | $2.3900 |
| Purchase/Acquisition | Common Stock | 10/9/2023 | 500 | $2.7800 |
| Purchase/Acquisition | Common Stock | 10/9/2023 | 250 | $2.7200 |
| Purchase/Acquisition | Common Stock | 10/10/2023 | 250 | $2.8700 |
| Purchase/Acquisition | Common Stock | 10/12/2023 | 200 | $2.4000 |
| Purchase/Acquisition | Common Stock | 10/13/2023 | 200 | $2.2900 |
| Purchase/Acquisition | Common Stock | 10/17/2023 | 100 | $2.1900 |
| Purchase/Acquisition | Common Stock | 10/23/2023 | 500 | $1.9700 |
| Purchase/Acquisition | Common Stock | 10/23/2023 | 200 | $1.9000 |
| Purchase/Acquisition | Common Stock | 1/22/2024 | 300 | $2.5000 |
| Purchase/Acquisition | Common Stock | 1/30/2024 | 55 | $2.6800 |
| Purchase/Acquisition | Common Stock | 2/26/2024 | 1,000 | $2.3600 |
| Purchase/Acquisition | Common Stock | 2/27/2024 | 150 | $2.6700 |
| Sale | Common Stock | 5/17/2023 | (1,000) | $1.8800 |
| Sale | Common Stock | 6/13/2023 | (150) | $2.2600 |
| Sale | Common Stock | 12/26/2023 | (500) | $2.0400 |
| Sale | Common Stock | 1/9/2024 | (500) | $2.5600 |
| Sale | Common Stock | 1/18/2024 | (88) | $2.7800 |
| Sale | Common Stock | 1/18/2024 | (100) | $2.7700 |
| Sale | Common Stock | 1/18/2024 | (1,312) | $2.7700 |
| Sale | Common Stock | 2/13/2024 | (500) | $2.0700 |
| Purchase/Acquisition | C 20230519 2.5 | 3/27/2023 | 15 | $0.4900 |
| Purchase/Acquisition | C 20231117 5 | 4/17/2023 | 5 | $1.3500 |
| Purchase/Acquisition | C 20231117 2.5 | 6/8/2023 | 20 | $0.6900 |
| Purchase/Acquisition | C 20230818 2.5 | 6/23/2023 | 20 | $0.3900 |
| Purchase/Acquisition | C 20231117 2.5 | 6/26/2023 | 25 | $0.4500 |
| Purchase/Acquisition | C 20240517 5 | 12/29/2023 | 10 | $0.4500 |
| Purchase/Acquisition | C 20240119 2.5 | 1/10/2024 | 13 | $0.2200 |
| Sale | C 20230818 7.5 | 3/24/2023 | (45) | $0.1700 |
| Sale | C 20240119 2.5 | 1/16/2024 | (10) | $0.4500 |