POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN POSLAJKO, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:24-cv-03449-JSC |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| GRITSTONE BIO, INC., ANDREW R. ALLEN, and VASSILIKI ECONOMIDES, | |
| Defendants. | |

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Poslajko v. Gritstone bio, Inc. et al*, No. 3:24-cv-03449, brought before the United States District Court for the Northern District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff John Poslajko hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

| | | |
|---|---|---|
| 1 | Dated: June 17, 2024 | Respectfully submitted, |
| 2 | | POMERANTZ LLP |
| 3 | | */s/ Jennifer Pafiti* |
| 4 | | Jennifer Pafiti (SBN 282790) |
| | | 1100 Glendon Avenue, 15th Floor |
| 5 | | Los Angeles, California 90024 |
| | | Telephone: (310) 405-7190 |
| 6 | | jpafiti@pomlaw.com |
| 7 | | POMERANTZ LLP |
| 8 | | Jeremy A. Lieberman |
| | | J. Alexander Hood II |
| 9 | | 600 Third Avenue, 20th Floor |
| | | New York, New York 10016 |
| 10 | | Telephone: (212) 661-1100 |
| 11 | | Facsimile: (917) 463-1044 |
| | | jalieberman@pomlaw.com |
| 12 | | ahood@pomlaw.com |
| 13 | | *Attorneys for Plaintiff* |

2

NOTICE OF VOLUNTARY DISMISSAL - CASE NO. 3:24-CV-03449-JSC